RAYTOWN DATSUN, INC., Appellant,

v.

SHELTER MUTUAL INSURANCE COMPANY, Respondent.

No. WD 39266.

Missouri Court of Appeals, Western District.

Sept. 22, 1987.

James H. Ensz of Ensz & Jester, Kansas City, for appellant.

Michael E. Lazzo of Popham, Conway, Sweeny, Fremont & Buncschu, P.C., Kansas City, for respondent.

Before MANFORD, P.J., and NUGENT and GAITAN, JJ.

### ORDER

PER CURIAM.

Appellant appeals from the judgment of the circuit court which granted respondent's motion for summary judgment and denied summary judgment for appellant in appellant's garnishment action against respondent.

The judgment is affirmed. Rule 84.16(b).